IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRANISHA W. W., :    CIVIL ACTION
   Plaintiff, :
  v. :
     :
COMMISSIONER OF THE SOCIAL :
SECURITY ADMINISTRATION, :
   Defendant. :    NO. 25-3175

## JUDGMENT ORDER

**AND NOW**, this 26th day of February 2026, upon consideration of Plaintiff's Brief and Statement of Issues (Doc. No. 11), the Commissioner's Response (Doc. No. 12), and Plaintiff's Reply (Doc. No. 13), it is hereby **ORDERED** that Judgment is entered in favor of Defendant, the Commissioner of the Social Security Administration.

**BY THE COURT**:


   */s/ Carol Sandra Moore Wells*
   CAROL SANDRA MOORE WELLS
   United States Magistrate Judge